IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ETOICE MIMS, Administratrix of the )<br>Estate of Charles Mims, Deceased, )<br>   )<br>   Plaintiff, )<br>v.   )   CASE NO. 2:09-cv-504-MEF<br>   )<br>SUZUKI MOTOR CORPORATION, *et al.*, )<br>   )          (WO)<br>   Defendants. ) | |

# FINAL JUDGMENT

Pursuant to the Stipulation for Dismissal With Prejudice (Doc. #106) filed by the parties on September 28, 2011, 2010, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 30th day of September, 2011.



/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE